JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EMANUEL LISTER, | Case No. CV 20-4692-VAP (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| RICK HILL, WARDEN, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Action With Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: July 28, 2020

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge